# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

RECEIVED

JUN 1 2010

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Case No. 3:09 - cr - 00113 |
|  | ) |
|  | ) |
| GREGORY RAESHAUN BLOODSAW, | ) |
|  | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the defendant, having both filed a written consent,
appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant
entered a plea of guilty to Count(s) ____ I ____ of the Superseding Indictment/Information. After cautioning
and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I
determined that the guilty plea(s) was/were knowing and voluntary as to that count, and that the
offenses(s) charged is/are supported by an independent factual basis concerning each of the
essential elements of such offense(s). I, therefore, recommend that the plea(s) of guilty be
accepted, that a pre-sentence investigation and report be prepared, and that the defendant be
adjudged guilty and have sentence imposed accordingly.

June 1, 2010

Date

THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).